```
                                                    FILED
                                                    January 15, 2010
                                                    CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
                                                    CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 10-0010 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DASSANY KEOPHIMANH, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DASSANY KEOPHIMANH</u>, Case No. <u>MAG. 10-0010 DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 75,000.00

        X Unsecured Appearance Bond *co-signed by parents + sister*

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X (Other) *With Pretrial Services Supervision of conditions of release*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2010 at 3:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge