```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
DASSANY KEOPHIMANH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:10-CR-00042 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY |
| ) | CONDITIONS OF PRETRIAL RELEASE |
| v. ) | |
| ) | |
| DASSANY KEOPHIMANH, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### Stipulation

The parties, through undersigned counsel, stipulate that item six of the "Conditions of Release" (document number 23 of the docket)for DASSANY KEOPHIMANH is to be modified as follows:

> You shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

The parties further stipulate that DASSANY KEOPHIMANH as been advised of this change and that she agrees to this change as a condition of her pretrial release.

/ / /

The prosecutor has authorized the defense counsel for DASSANY KEOPHIMANH to sign this stipulation on his behalf.

DATED: November 12, 2010         BENJAMIN WAGNER
                                 United States Attorney

                            by   /s/Scott N. Cameron, for
                                 Jason Hitt
                                 Assistant U.S. Attorney

DATED: November 12, 2010
                            by   /s/Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for DASSANY KEOPHIMANH

IT IS SO ORDERED.

Dated: November 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2