HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DASSANY KEOPHIMANH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DASSANY KEOPHIMANH,<br><br>   Defendant. | No.  Cr. S 2:10-cr-042 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Hon. MORRISON C. ENGLAND |

Defendant, DASSANY KEOPHIMANH, by and through her attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 16, 2013, this Court sentenced Mr. Keophimanh to a term of 97 months imprisonment;

3. Mr. Keophimanh's total offense level was 29, her criminal history category was II, and the resulting guideline range was 97 to 121 months;

4. The sentencing range applicable to Mr. Keophimanh was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Keophimanh's total offense level has been reduced from 29 to 27, and her amended guideline range is 78 to 97 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Keophimanh's term of imprisonment to a term of 78 months.

Respectfully submitted,

Dated: November 4, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 4, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
DASSANY KEOPHIMANH

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Keophimanh is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 78 to 97 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2013 is reduced to a term of 78 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Keophimanh shall report to the United States Probation Office within seventy-two hours after her release.

IT IS SO ORDERED.

DATED:  November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT