AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00042-MCE   Document 262   Filed 11/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the

Eastern District of California

UNITED STATES OF AMERICA

v.

DASSANY KEOPHIMANH

| | |
|---|---|
| ) | |
| ) | Case No:  2:10CR00042-MCE |
| ) | |
| ) | USM No:  18990-097 |

Date of Original Judgment:          05/16/2013
Date of Previous Amended Judgment:

Hannah R. Labaree, Assistant Federal Defender

*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of          97          months **is reduced to**          78 months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          05/16/2013          shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          11/10/2015

_____
*Judge's signature*

Effective Date:          11/1/2015

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

_____
*(if different from order date)*          *Printed name and title*